

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellee's brief is currently due by November 1, 2022. On October 26, 2022, appellee filed an opposed motion requesting permission to exceed the word limit. After consideration, we **grant** the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court